854

No. 80–6875. VANDERBERG *v.* BIDDLECOME ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–6876. FRYSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6879. GREEN *v.* MARTINEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6881. WILLIAMS *v.* BRISCOE ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6882. MOLINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6884. SMITH *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–6885. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6886. LESHER *v.* KAINRAD, JUDGE, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 80–6887. GREER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6888. RIVERA *v.* COUGHLIN, CORRECTIONAL COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6889. CHEATHAM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6891. TULLY *v.* ZAZZALI, ATTORNEY GENERAL OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 80–6892. ADAMS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.